# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-12861-JKF

DAVID B. HERMANN

221 Holbrook Avenue

Gilbertsville, PA 19525

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAVID B. HERMANN

    221 Holbrook Avenue

    Gilbertsville, PA 19525

**Counsel for debtor(s), by electronic notice only.**
    ROBERT J. BIRCH ESQ.
    325 SENTRY PARKWAY

    BLUE BELL, PA 19422-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                /s/ William C. Miller

Date: 7/24/2017

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee