United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12861-mdc
David B. Hermann                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 1              Date Rcvd: Oct 03, 2017
                              Form ID: 167              Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2017.
db              +David B. Hermann,    221 Holbrook Avenue,    Gilbertsville, PA 19525-9361
13906474        +Freedom Credit Union,    Robert M. Morris, Esq,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
13906475         Lakeview Loan Servicing, LLC,    442 Ponce De Leon Boulevard,    Miami, FL 33146
13922383        +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Lakeview Loan Servicing,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 01:45:30      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13921074        +E-mail/Text: camanagement@mtb.com Oct 04 2017 01:43:31      LAKEVIEW LOAN SERVICING, LLC,
                  C/O M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
13982275         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:54:10
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13907579        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2017 01:54:26
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              ROBERT J. BIRCH    on behalf of Debtor David B. Hermann robert@robertbirchlaw.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David B. Hermann
  Debtor(s)        Case No: 17−12861−mdc
               Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

*RESCHEDULED**
Motion for Relief from Stay 221 Holbrook Lane, Gilbertsville, PA 19525. Filed by LakeView Loan Servicing, LLC Represented by WILLIAM EDWARD MILLER (

 on: 10/19/17

 at: 11:00 AM

 in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

              For The Court

Date: 10/3/17

              Timothy B. McGrath
              Clerk of Court