**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                          Case No. 17-12861-MDC
                                                        Chapter 13

DAVID B. HERMANN

Debtor(s).

## NOTICE OF APPEARANCE

**LAKEVIEW LOAN SERVICING LLC**[1,2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

**William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

Dated this 27th day of October, 2017.

                                           By:    */s/ William E. Miller, Esquire*
                                                    William E. Miller, Esquire, Bar No: 308951
                                                    Stern & Eisenberg, PC
                                                    1581 Main Street, Suite 200
                                                    The Shops at Valley Square
                                                    Warrington, PA 18976
                                                    Phone: (215) 572-8111
                                                    Fax: (215) 572-5025
                                                    wmiller@sterneisenberg.com
                                                    Attorney for Creditor

---

1   Full title of Creditor is as follows: LAKEVIEW LOAN SERVICING LLC.
2   This Loan is currently serviced by M&T Bank.
3   For reference, the property address associated with the undersigned's representation is 221 Holbrook Lane, Gilbertsville, PA 19525.

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 27th day of October, 2017, to the following:

Robert J. Birch
Robert J Birch, Esquire
325 Sentry Parkway
Blue Bell, PA 19422
robert@robertbirchlaw.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107
wcmiller@ramapo.com
*Chapter13 Trustee*

Office of the U.S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

and by standard first class mail postage prepaid to:

David B. Hermann
221 Holbrook Avenue
Gilbertsville, PA 19525
*Debtor(s)*

Dated this 27th day of October, 2017.

                                                    By:   */s/ William E. Miller, Esquire*
                                                            William E. Miller, Esquire, Bar No: 308951
                                                            Stern & Eisenberg, PC
                                                            1581 Main Street, Suite 200,
                                                           Warrington, PA 18976
                                                           Phone: (215) 572-8111
                                                           Fax: (215) 572-5025
                                                           wmiller@sterneisenberg.com
                                                           Attorney for Creditor