# UNITED STATES BANKRUPCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **DAVID HERMANN** | **: NO.** 17-12861-mdc |
|     **DEBTOR** | **:** |

## AMENDED NOTICE OF OBJECTION, RESPONSE DEADLINE AND HEARING DATE

David Herman, the Debtor in the present case, has filed an Objection to the Proof of Claim of Lakeview Loan Servicing, LLC

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before November 11, 2017, you or your attorney must do **all** of the following:

(a) file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court
Room 400, Robert N.C. Nix Federal Courthouse
900 Market Street,
Philadelphia, PA 19106

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

Robert J. Birch, Esquire
617 Swede Street
Norristown, PA 19401
Tel: 610-277-9700

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline Coleman, Bankruptcy Judge, on December 19, 2017 at 10:00 a.m., in Courtroom 2, United States Bankruptcy Court, Robert N.C. Nix Federal Courthouse, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: November 19, 2017                    _____
                                            Robert J. Birch, Esquire