**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>David B. Hermann,<br>    Debtor.<br>-------------------------------------------<br>Lakeview Loan Servicing LLC,<br>    Movant,<br><br>vs.<br><br>David B. Hermann,<br>    Debtor,<br><br>William C. Miller, Esq.,<br>    Chapter 13 Trustee,<br>      Respondents. | Chapter 13<br><br>Case No. 17-12861- mdc<br><br>Related to Document No. 32<br><br>Claim No. 1-2<br><br>Hearing Date and Time: November 21, 2017 at 11:00 AM |

**ORDER**

AND NOW, this __12th__ day of __January__, 2018, upon the Motion for Relief filed by Lakeview Loan Servicing LLC (hereinafter, "Movant"), and upon the Answer filed by Debtor David B. Hermann (hereinafter, "Debtor"), as well as upon the Objection to Claim filed by Debtor, and upon the Answer filed thereto by Movant, it is ORDERED as follows:

1. The automatic stay is continued, conditioned upon the following:

    a. Debtor's payment of $8,000.00 to Movant's counsel on or before December 27, 2017 via certified funds. In the event Debtor fails to remit this payment, Movant may file a Certification of Default with the Court.

    b. Debtor's continuing monthly payments of $1,100.00 per month beginning January 1, 2018 until resolution of the Motion or the filing of a Certification of Default or further Order of this Court. In the event Debtor fails to remit any of these monthly payments, Movant may file a Certification of Default with the Court.

2. A final hearing will be held regarding both the Motion and the Objection to Claim on February 9, 2018 at 10:30 a.m., as consented to by Movant and Debtor. In conjunction with this hearing:

   a. The deadline for discovery shall be January 19, 2018.

   b. A joint pretrial statement shall be due on February 2, 2018.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE