United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12861-mdc
David B. Hermann                                                Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett           Page 1 of 1            Date Rcvd: Jan 17, 2018
                              Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
db             +David B. Hermann,    221 Holbrook Avenue,    Gilbertsville, PA 19525-9361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    LakeView Loan Servicing, LLC
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              ROBERT J. BIRCH    on behalf of Debtor David B. Hermann robert@robertbirchlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>David B. Hermann,<br>　　　Debtor.<br>-------------------------------------------<br>Lakeview Loan Servicing LLC,<br>　　　Movant,<br><br>vs.<br><br>David B. Hermann,<br>　　　Debtor,<br><br>William C. Miller, Esq.,<br>　　　Chapter 13 Trustee,<br>　　　　　Respondents. | Chapter 13<br><br>Case No. 17-12861- mdc<br><br>Related to Document No. 32<br><br>Claim No. 1-2<br><br>Hearing Date and Time:  November 21,<br>2017 at 11:00 AM |

**ORDER**

　　AND NOW, this ___12th___ day of ___January___, 2018, upon the Motion for Relief filed by Lakeview Loan Servicing LLC (hereinafter, "Movant"), and upon the Answer filed by Debtor David B. Hermann (hereinafter, "Debtor"), as well as upon the Objection to Claim filed by Debtor, and upon the Answer filed thereto by Movant, it is ORDERED as follows:

1. The automatic stay is continued, conditioned upon the following:

    a. Debtor's payment of $8,000.00 to Movant's counsel on or before December 27, 2017 via certified funds. In the event Debtor fails to remit this payment, Movant may file a Certification of Default with the Court.

    b. Debtor's continuing monthly payments of $1,100.00 per month beginning January 1, 2018 until resolution of the Motion or the filing of a Certification of Default or further Order of this Court. In the event Debtor fails to remit any of these monthly payments, Movant may file a Certification of Default with the Court.

2. A final hearing will be held regarding both the Motion and the Objection to Claim on February 9, 2018 at 10:30 a.m., as consented to by Movant and Debtor. In conjunction with this hearing:

   a. The deadline for discovery shall be January 19, 2018.

   b. A joint pretrial statement shall be due on February 2, 2018.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE