IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David B. Hermann<br>　　　Debtor<br>------------------------------------------<br>David B. Hermann<br>　　　Movant<br><br>vs.<br><br>Lakeview Loan Servicing LLC<br>　　　Debtor<br>William C. Miller, Esq.<br>　　　Trustee,<br>　　　　　Respondents | Chapter 13<br><br>Case No. 17-12861- mdc<br><br>Related to Document No. 32<br><br>Claim No. 1-2<br><br>Hearing Date and Time: November 21, 2017 at 11:00 AM |

## ORDER OVERRULING DEBTOR'S OBJECTION TO LAKEVIEW LOAN SERVICING, LLC'S PROOF OF CLAIM

AND NOW, this __28th__ day of __March__, 20_18_, upon consideration of the Debtor's Objection to Lakeview Loan Servicing, LLC's Proof of Claim 1-2 ("Objection") and any response thereto, it is hereby ORDERED and DECREED that the Objection is OVERRULED and DENIED and Claim 1-2 is ALLOWED _for the reasons stated on the record_.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE