William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| IN RE:<br>　　　DAVID B. HERMANN<br>　　　　　　DEBTOR | CHAPTER 13<br><br>CASE NUMBER: 17-12861-MDC |
|---|---|

## ORDER

AND NOW, this __28th__ day of __March__, 2017, upon the motion of Lakeview Loan Servicing LLC (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 221 HOLBROOK LANE, GILBERTSVILLE, PA 19525.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_Magdeline D. C_____
UNITED STATES BANKRUPTCY JUDGE