United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David B. Hermann  
    Debtor

Case No. 17-12861-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Apr 02, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.  
db            +David B. Hermann,    221 Holbrook Avenue,    Gilbertsville, PA 19525-9361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:  
        CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    LakeView Loan Servicing, LLC  
         cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC  
         bkgroup@kmllawgroup.com  
        ROBERT J. BIRCH    on behalf of Debtor David B. Hermann robert@robertbirchlaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
        WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC  
         wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com  
                                                                                                                                     TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David B. Hermann<br>    Debtor<br>------------------------------------------<br>David B. Hermann<br>    Movant<br><br>vs.<br><br>Lakeview Loan Servicing LLC<br>    Debtor<br>William C. Miller, Esq.<br>    Trustee,<br>        Respondents | Chapter 13<br><br>Case No. 17-12861- mdc<br><br>Related to Document No. 32<br><br>Claim No. 1-2<br><br>Hearing Date and Time: November 21, 2017 at 11:00 AM |

## ORDER OVERRULING DEBTOR'S OBJECTION TO
## LAKEVIEW LOAN SERVICING, LLC'S PROOF OF CLAIM

AND NOW, this _28th_ day of _March_, 20_18_, upon consideration of the Debtor's Objection to Lakeview Loan Servicing, LLC's Proof of Claim 1-2 ("Objection") and any response thereto, it is hereby ORDERED and DECREED that the Objection is OVERRULED and DENIED and Claim 1-2 is ALLOWED. _for the reasons stated on the record._

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE