United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-12861-mdc
David B. Hermann    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Apr 02, 2018
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2018.
db          +David B. Hermann,   221 Holbrook Avenue,   Gilbertsville, PA 19525-9361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2018 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    LakeView Loan Servicing, LLC
           cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          ROBERT J. BIRCH    on behalf of Debtor David B. Hermann robert@robertbirchlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    LakeView Loan Servicing, LLC
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                                                                                   TOTAL: 6

William E. Miller, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| IN RE:<br>DAVID B. HERMANN<br>DEBTOR | CHAPTER 13<br>CASE NUMBER: 17-12861-MDC |
|---|---|

## ORDER

AND NOW, this __28th__ day of __March__, 2017, upon the motion of Lakeview Loan Servicing LLC (hereafter "Movant"), and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 221 HOLBROOK LANE, GILBERTSVILLE, PA 19525.

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

_Magdeline D. C_____

UNITED STATES BANKRUPTCY JUDGE