# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 17-12861-MDC

DAVID B. HERMANN

221 HOLBROOK AVENUE

GILBERTSVILLE, PA 19525

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID B. HERMANN

    221 HOLBROOK AVENUE

    GILBERTSVILLE, PA 19525

Counsel for debtor(s), by electronic notice only.

    ROBERT J. BIRCH ESQ.
    325 SENTRY PARKWAY

    BLUE BELL, PA 19422-

                                            /S/ William C. Miller

Date: 5/8/2018                                   _____

                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee